LAW OFFICE OF

# PETER A. ROMERO

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

September 28, 2021

**<u>VIA ECF</u>**

Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11212

Re:     *Fabian Maldonado v. Pan Diner Inc. et al.* 21-cv-4169 (BMC)

Dear Judge Cogan:

We are the attorneys for Plaintiff Fabian Maldonado in the above-referenced action. Plaintiff brought this against his former employer alleging that Defendants violated the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") by failing to pay him overtime wages when he worked more than forty (40) hours per week. Defendants, through their counsel, filed an Answer to the Complaint, which denied Plaintiff's allegations. We respectfully submit this motion for approval of the parties' settlement of Plaintiff's FLSA claims pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015). The parties have memorialized their resolution in a Settlement Agreement and Release ("Agreement"), attached hereto as Exhibit A. The release set forth in the Agreement is limited to claims arising under the FLSA and NYLL. The Agreement does not contain any confidentiality or non-disclosure provision. The mutual non-disparagement provision does not preclude Plaintiff from truthfully communicating about the Action or the settlement.

The Agreement is reasonable and in the best interest of Plaintiff. The parties agreed to fully and finally resolve all of Plaintiff's wage claims by having Defendants pay Plaintiff a total of $20,000.00, which includes attorney's fees and costs in the amount of $7,000.00. Plaintiff believes the agreement is fair and reasonable under the circumstances. Plaintiff estimates that the amount recoverable under the FLSA if he were to prevail on his claim is approximately $29,250.00, plus an equal amount as liquidated damages if he is able to demonstrate that the alleged violation was willful. The parties held vastly different views regarding the number of hours worked by Plaintiff each week, the extent of overtime hours worked by Plaintiff, and whether Plaintiff was paid all compensation that he was owed. Due to the fact-intensive nature of these inquiries, a resolution of this dispute would require depositions and trial. Moreover, Defendants' financial ability to withstand judgment in an amount greater than the settlement is very uncertain due to disruptions to Defendants' business as a result of the Covid-19 pandemic. Accordingly, resolving the action on behalf of the Plaintiff at this early juncture provides certainty in that he will receive compensation for his alleged unpaid overtime wages.

In light of the significant litigation risks outlined above, all parties believe that this settlement is fair. Although there is a possibility that Plaintiff could recover higher damages if the case proceeded to trial, there is a significant possibility that he recovers nothing at all. Accordingly, the risks and uncertainties discussed above are substantial. Moreover, Plaintiff will be able to recover settlement funds more expeditiously, and with more certainty, than a trial judgment, since the parties would need to take depositions and likely brief numerous motions on the merits before trial could commence.

As set forth in the attached Agreement, the parties have agreed to settle this action, pursuant to an appropriately limited release, for a total settlement amount of $20,000.00 (the "Settlement Amount").    This amount includes $6,598.00 for attorneys' fees and reimbursement of costs incurred in the amount of $402.00. The attorney's fee represents one-third (33.3%) of the total settlement amount and is reasonable. Plaintiff's counsel researched and investigated the claims, commenced this action, and negotiated the settlement. Due to the contingent nature of the case, Plaintiff's counsel undertook these efforts with no ultimate guarantee of compensation.   Plaintiff's counsel was zealous in the pursuit of Plaintiff's litigation objectives and secured a favorable result on the Plaintiff's behalf.

In short, the settlement is the result of substantial negotiations and compromise by both parties.  The parties believe that the proposed settlement is completely fair, reasonable, and adequate to the Plaintiff in light of the risks of litigation and should be approved.

Respectfully submitted,

*/s Peter A. Romero, Esq.*
PETER A. ROMERO

cc:      All  Counsel of Record
.